## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-10293 (BLS) |
| EAM 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the bankruptcy estate of EAM 40 Meadow Lane LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-50032 (BLS) |
| QUINN EMANUEL URQUHART & SULLIVAN LLP, | |
| Defendant. | |

## AMENDED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1.    The Defendant shall file its motion for judgment on the pleadings pursuant to Fed.R.Civ.P. 12(c) (the "Rule 12(c) Motion") within ten (10) days of the date of the entry of this Amended Scheduling Order.

2.    The Plaintiff shall file its response to the Rule 12(c) Motion within fifteen (15) days after the filing of the 12(c) Motion and Defendant filing its reply in further support of its 12(c) Motion five (5) days thereafter.

3.      If the Court's order adjudicating the Rule 12(c) Motion does not fully dispose of the Complaint (the "Rule 12(c) Order"), the parties shall meet and confer no later than ten (10) days after entry of the Rule 12(c) Order for the purposes of establishing an appropriate discovery schedule for this matter, including without limitation a deadline by which the parties shall file either a Stipulation Regarding Appointment of a Mediator, or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

4.      This Amended Scheduling Order shall supersede any prior scheduling order entered in this adversary proceeding. Deadlines contained in this Amended Scheduling Order may be extended by agreement of the parties, as reflected in an amended order submitted under certification of counsel.

5.      The Plaintiff shall serve this Amended Scheduling Order on the Defendant within five (5) business days after the entry of this Order.

**Dated: October 30th, 2024**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE