# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>            Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>            Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |
| GEORGE L. MILLER, Chapter 7 Trustee for the bankruptcy estates of EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC,<br><br>            Plaintiff, | |

| DEFENDANTS | ADV. NO.[1] |
|---|---|
| Ahmad Yousf Kamal | 24-50024 |
| Anthony B. Tufariello and Kathleen Tufariello | 24-50025 |
| Eric Tanjeloff | 24-50027 |
| Jordan Vogel | 24-50029 |
| Nino Cohen | 24-50031 |
| Quinn Emanuel Urquhart & Sullivan LLP | 24-50032 |
| Ermitage One LLC and Ranee A. Bartolacci | 24-50034 |
| Davidoff, Hutcher & Citron LLP | 24-50035 |
| MCAM 40ML Lender LLC; Monroe Capital Management Advisors LLC and MC Asset Management (Corporate), LLC | 24-50036 |
| Harsh Padia | 24-50037 |
| Harsh Padia | 24-50038[2] |

**STATUS REPORT IN ADVERSARY PROCEEDINGS**

George L. Miller, chapter 7 trustee (the "Trustee") for the bankruptcy estates of EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC (collectively, the "Estates"), by his undersigned counsel, hereby files a Status Report in connection with the above-captioned adversary proceedings (collectively, the "Adversary Proceedings").

---

[1] Except as otherwise indicated, all adversary proceedings are pending in connection with the EAM 40 Meadow Lane LLC bankruptcy case.
[2] Adversary No. 24-50038 is pending in connection with the EZL 40 Meadow Lane LLC bankruptcy case.

Date:  April 15, 2025  COZEN O'CONNOR
Wilmington, DE

By:   /s/ *Simon E. Fraser*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Fax No.
Email:  jcarroll@cozen.com
Email:  sfraser@cozen.com

and

Christina M. Sanfelippo
(*Pro Hac Vice forthcoming*)
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 Telephone
Email:  csanfelippo@cozen.com

*Counsel for George L. Miller, Chapter 7 Trustee*

2

| STATUS "A" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE SERVICE HAS NOT BEEN COMPLETED** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| Ahmad Yousf Kamal | 24-50024 | Foreign defendant to be served via Hague Convention |

| STATUS "B" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| See Status "I" | | |

| STATUS "C" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| Anthony B. Tufariello and Kathleen Tufariello | 24-50025 | Upon information the Trustee believes Defendant, Kathleen Tufariello is deceased.<br><br>Default entered against Defendant, Anthony B. Tufariello [D.I. 13]. Clerk incorrectly denied the Trustee's request for default judgment against Defendant Anthony B. Tufariello [D.I. 14].[3] |

---

[3] The Clerk of Court denied the Trustee's request for default judgment on the basis that the amounts for each defendant were not specified in the Complaint [D.I. 14]. However, the Complaint seeks the sum certain amount of $200,000.00, which represents the amount of the subsequent transfers made to both defendants, plus court costs of $350.00. [*See* D.I. 1, 12].

| STATUS "D" |||
|---|---|---|
| **ADVERSARY PROCEEDINGS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| MCAM 40ML Lender LLC; Monroe Capital Management Advisors LLC and MC Asset Management (Corporate), LLC | 24-50036 | Order Approving Settlement of Avoidance Action entered on 3/10/2025 [D.I. 22]. Adversary proceeding can be closed. |

| STATUS "E" |||
|---|---|---|
| **ADVERSARY PROCEEDINGS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED** |||
| **Defendant's Name** | **Adversary Number** | **Status** |

None

| STATUS "F" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| Jordan Vogel | 24-50029 | Parties are exchanging discovery |
| Davidoff, Hutcher & Citron LLP | 24-50035 | Parties are exchanging discovery |
| Harsh Padia (EAM) | 24-50037 | Parties are exchanging discovery |
| Harsh Padia (EZL) | 24-50038 | Parties are exchanging discovery |

76930615\2 6010823/00551865
04/15/2025

| STATUS "G" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| Jordan Vogel | 24-50029 | Mediator, Ian Connor Bifferato |
| Davidoff, Hutcher & Citron LLP | 24-50035 | Mediator, Anthony M. Saccullo |
| Harsh Padia | 24-50037 | Mediator, Lucian B. Murley |
| Harsh Padia | 24-50038 | Mediator, Lucian B. Murley |

| STATUS "H" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS READY FOR TRIAL** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "I" |||
|---|---|---|
| **CONTESTED ADVERSARY PROCEEDINGS WHERE DISPOSITIVE MOTIONS PENDING** |||
| **Defendant's Name** | **Adversary Number** | **Status** |
| Eric Tanjeloff | 24-50027 | Defendant's Motion to Dismiss Complaint [D.I. 11]; Notice of Completion of Briefing [D.I. 20] |
| Nino Cohen | 24-50031 | Defendant's Motion to Dismiss Complaint [D.I. 6]; Notice of Completion of Briefing [D.I. 23] |
| Quinn Emanuel Urquhart & Sullivan LLP | 24-50032 | Defendant's Motion for Judgment on the Pleadings [D.I. 18]; Notice of Completion of Briefing [D.I. 27] |

5

| STATUS "J" CONTESTED ADVERSARY PROCEEDINGS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Ermitage One LLC and Ranee A. Bartolacci | 24-50034 | Default and Default Judgment entered against Defendant, Ermitage One LLC.<br><br>Defendant, Ranee A. Bartolacci has filed a chapter 7 bankruptcy case in the U.S. Bankruptcy Court for the Southern District of Florida, Case No. 24-18942 ("FL Bankruptcy").  Trustee has initiated an adversary proceeding against Bartolacci in the FL Bankruptcy to seek a determination of dischargeability of the debt owed to the EAM 40 Meadow Lane LLC bankruptcy estate, Adv. No. 24-01485. |

| STATUS "K" LIST ALL ADVERSARY PROCEEDINGS WHICH AN APPEAL IS PENDING | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |

None

76930615\2 6010823/00551865
04/15/2025