## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-10293 (BLS) |
| EAM 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the bankruptcy estate of EAM 40 Meadow Lane LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-50032 (BLS) |
| QUINN EMANUEL URQUHART & SULLIVAN LLP, | Related D.I. 32 |
| Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1.      The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, shall take place no later than thirty (30) days after the entry of this Order.  The parties are not required to file a discovery plan as contemplated by Fed. R. Civ. P. 26(f)(3).

2.      The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than twenty (20) days after the discovery planning conference. Any extension of the

deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

3.    All fact discovery shall be completed no later than one hundred and eighty days (180) after the entry of this Order ("<u>Fact Discovery Cut Off</u>").

4.    Any expert report required pursuant to Fed.R.Civ.P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than thirty (30) days after the Fact Discovery Cut Off.  Any expert report intended to rebut any other expert report, shall be provided no later than thirty (30) days after the expert report that is being rebutted.  All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be completed, and discovery shall close, no later than ninety (90) days after the Fact Discovery Cut Off.

5.    No later than one hundred twenty (120) days after the entry of this Order the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

6.    Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

7.    All dispositive motions shall be filed and served no later than thirty (30) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

80481818\2 6010823/00551865

8.      The parties shall file, no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Shannon's chambers.

9.      The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of the adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

10.     Deadlines contained in this Order may be extended by agreement of the parties, as reflected in an amended order submitted under certification of counsel.

11.     Nothing in this Order shall be construed as a waiver of any rights to object to discovery on any grounds, and all rights to object to the scope and breadth of discovery are reserved.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 7th, 2025**
**Wilmington, Delaware**

3

80481818\2 6010823/00551865