IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>                     Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7<br><br>**RE: Docket No.** 132, 140 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the bankruptcy estate of EAM 40 Meadow Lane LLC,<br><br>                     Plaintiff,<br>v.<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP,<br><br>                     Defendant. | Adv. Pro. No. 24-50032 (BLS)<br><br>**RE: Docket No.** 36, 38 |

**ORDER APPROVING TRUSTEE'S FED. R. BANKR. P. 9019 MOTION FOR APPROVAL OF SETTLEMENT OF AVOIDANCE ACTION AGAINST QUINN EMANUEL URQUHART & SULLIVAN LLP PURSUANT TO 11 U.S.C. §§ 548, 550, AND 502**

Upon consideration of the *Trustee's Fed. R. Bankr. P. 9019 Motion for Approval of Settlement of Avoidance Action Against Quinn Emanuel Urquhart & Sullivan LLP Pursuant to 11 U.S.C. §§ 548, 550, and 502* (the "Motion")[1] pursuant to Bankruptcy and section 105(a) of the Bankruptcy Code, for the entry of an order approving the Settlement and the Settlement Agreement entered into by and between the Trustee, on one hand, and Defendant, on the other hand, a copy of which was attached to the Motion as Exhibit A; the Bankruptcy Court being satisfied that the Settlement is a fair and equitable settlement which meets or exceeds the required range of reasonableness; the relief requested in the Motion is in the best interests of the

---

[1] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

Estate and its creditors; and sufficient notice of the Motion and opportunity for a hearing has been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion to the Notice Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3. The Settlement, and the Settlement Agreement attached as <u>Exhibit A</u> to the Motion, are **APPROVED**.

4. The Trustee is authorized to enter into the Settlement Agreement, and to take any and all actions as may be necessary or appropriate to implement the Settlement or carry out the terms and provisions of the Settlement Agreement.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlement Agreement and/or this Order.

Dated: November 26th, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE